[No. 6586–0–II. Division Two. June 27, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KURTIS
R. KIRK, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8112, Alan R. Hallowell, J., entered September 9, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7104–5–II. Division Two. June 27, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
JUNIOR HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–02287–1, Thomas R. Sauriol, J., entered May 24, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 6627–1–II. Division Two. June 27, 1985.]

*In the Matter of the Marriage of* KERRY LYNN MANCE,
*Respondent, and* STEPHEN RALPH MANCE,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 285583, Waldo F. Stone, J., entered September 10, 1982. *Affirmed as modified* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.